```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 2905 WOODMONT CIRCLE, MODESTO, STANISLAUS COUNTY, CALIFORNIA, APN: 077-028-061, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>      Defendant. | 2:04-CV-1962 WBS DAD<br><br>**FINAL JUDGMENT OF FORFEITURE** |

    Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

    1.   This is a civil forfeiture action against certain real property located at 2905 Woodmont Circle, Modesto, Stanislaus County, California, APN: 077-028-061 (hereinafter the "defendant real property") and more particularly described in Exhibit A, attached hereto and incorporated herein by reference.

    2.   A Verified Complaint for Forfeiture In Rem was filed on September 21, 2004, seeking the forfeiture of the defendant real property, alleging that said property is subject to forfeiture to

1 the United States of America pursuant to 31 U.S.C. § 5317(c)(2)
2 incorporating 18 U.S.C. § 981(a)(1)(A), as real property involved
3 in or traceable to, structuring transactions to evade reporting
4 requirements in violation of 31 U.S.C. § 5324, and/or was
5 involved in or traceable to a conspiracy to structure
6 transactions to evade reporting requirements in violation of 31
7 U.S.C. § 5324(a)(3).

8   3.  On September 29, 2004, the defendant real property was
9 posted with a copy of the complaint and notice of complaint.

10   4.  On November 24, December 1, and 8, 2004, a Public Notice
11 of Posting of the defendant real property appeared by publication
12 in <u>The Modesto Bee</u>, a newspaper of general circulation in the
13 county in which the defendant real property is located
14 (Stanislaus County).

15   5.  In addition to the Public Notice of Posting having been
16 completed, actual notice or attempted notice was acknowledged by
17 the following:
18     a.  Michael Matarazzo
19     b.  Aprille Jones
20     c.  World Savings Bank
21     d.  Sterlent Credit Union.

22   6.  Michael Matarazzo, World Savings Bank, and Sterlent
23 Credit Union filed claims and answers in this action.

24   7.  Apart from claimants Michael Matarazzo, World Savings
25 Bank, and Sterlent Credit Union, no other claimants have filed
26 claims or answers in this matter who remain in this case as
27 claimants.  The time by which any person or entity may file a
28 claim and answer has expired.  The Clerk of the Court entered a

1  Clerk's Certificate of Entry of Default against Aprille Jones on
2  July 13, 2006.
3       Based on the above findings, and the files and records of
4  the Court, it is hereby
5       ORDERED AND ADJUDGED:
6       1.   That the Court adopts the Stipulation for Final Judgment
7  of Forfeiture entered into by and between the parties to this
8  action.
9       2.   That judgment is hereby entered against claimant Michael
10 Matarazzo and all other potential claimants who have not filed
11 claims in this action.
12      3.   That in accordance with the Stipulation for Final
13 Judgment of Forfeiture, claimant refinanced the defendant real
14 property.  Escrow closed on or about October 18, 2006, and a
15 check for $50,000.00 has been delivered to the United States
16 Attorney's Office.
17      4.   That the sum of $50,000.00 is substituted as the res
18 herein, and all right, title, and interest in the $50,000.00 is
19 hereby forfeited to the United States pursuant to 31 U.S.C. §
20 5317(c)(2) incorporating 18 U.S.C. § 981(a)(1)(A), to be disposed
21 of according to law.
22      5.   That plaintiff United States of America and its
23 servants, agents, and employees and all other public entities,
24 their servants, agents, and employees, are released from any and
25 all liability arising out of or in any way connected with the
26 posting or forfeiture of the defendant real property.  This is a
27 full and final release applying to all unknown and unanticipated
28 injuries, and/or damages arising out of said posting or

3

1  forfeiture, as well as to those now known or disclosed.  The
2  parties waive the provisions of California Civil Code § 1542.
3      6.  Pursuant to the stipulation of the parties, and
4  allegations set forth in the Complaint for Forfeiture *In Rem*
5  filed September 21, 2004, the Court finds that there was
6  reasonable cause for the posting of the defendant property, and a
7  Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465
8  shall be entered accordingly.
9      7.  That all parties are to bear their own costs and
10 attorneys' fees.

## CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed October 2, 2006, and the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 21, 2004, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of defendant property.

DATED:  November 13, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

```
                      EXHIBIT A
                   LEGAL DESCRIPTION

Real property located in Stanislaus County, at 2905
Woodmont Circle, Modesto, California, Assessor's Parcel
Number 077-028-061, and more fully described as:

LOT 6 IN BLOCK 11111 OF WALNUT WOODS EAST, IN THE CITY
OF MODESTO, COUNTY OF STANISLAUS, STATE OF CALIFORNIA,
AS PER MAP FILED MARCH 19, 1987, IN VOLUME 31 OF MAPS,
AT PAGE 69, STANISLAUS COUNTY RECORDS.

APN: 077-028-061
```